UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANA OWENS,

    Plaintiff,

v.                                        Case No. 8:18-cv-1078-T-02AEP

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court *sua sponte*. In the Scheduling Order (Doc. 14), the Plaintiff was directed to identify and frame, in a neutral fashion, each of the disputed issues that Plaintiff raises as the grounds for reversal and remand. Plaintiff, however, merely noted that "Plaintiff disputes the Judges ruling" in its Memorandum in Opposition (Doc. 18). Upon the Court directing Plaintiff to identify and frame, in a neutral fashion, each of the disputed issues that Plaintiff raises as the grounds for reversal and remand, Plaintiff filed a Supplement (Doc. 20). As such, it is hereby

ORDERED:

1. Within thirty (30) days of the date of this Order, the Commissioner shall file a responsive pleading to Plaintiff's Supplement (Doc. 20).

DONE AND ORDERED in Tampa, Florida, on this 7th day of March, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record
Plaintiff, *pro se*